UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERMAN WHEELER,**

        **Plaintiff,**

**v.**                                  **Case No.  6:23-cv-813-CEM-DCI**

**STEPHEN SCOTT,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiff's Notice of Resolution (Doc. 19), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record